**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7589**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

HAROLD DEAN ENGLISH, a/k/a Harold Brown, Jr., a/k/a Bug,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior
District Judge.  (3:95-cr-00068-MJP)

Submitted:  September 10, 2009      Decided:  September 14, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold Dean English, Appellant Pro Se.  Jane Barrett Taylor,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold English appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. English</u>, No. 3:95-cr-00068-MJP (D.S.C. Aug. 22, 2008). We deny English's motions for appointment of counsel, for leave to file a supplemental brief, and to place his appeal in abeyance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>